# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re   David G. Harris,                )
                                        )
                                        )   Bankruptcy No. _____7_____
                                        )
                        Debtor.         )   Chapter      ___11-39468___

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ Ungaretti & Harris LLP _____

Authorized to Provide Professional Services to: _____ R. Scott Alsterda, Chapter 7 Trustee _____

Date of Order Authorizing Employment: _____ December 1, 2011 _____

Period for Which Compensation is Sought:

From _____ November 10 _____, __2011__   through _____ April 10 _____, _2012_

Amount of Fees Sought:   $ 4,395.50 _____

Amount of Expense Reimbursement Sought:   $ 39.08 _____

This is an:     Interim Application _____     Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____ February 28, 2013 _____          R. Scott Alsterda, Attorney for Chapter 7 Trustee
                                              _____
                                                        (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DAVID G. HARRIS, | ) | Case No. 11-39468 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |

## FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1.      David G. Harris (the "Debtor") filed his voluntary petition under Chapter 7 on September 28, 2011.

2.      R. Scott Alsterda (the "Trustee") was appointed as the Trustee for the Debtor's estate. The Trustee filed his Initial Report of Assets on November 29, 2011.

3.      On December 1, 2011, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the December 1, 2011 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4.      U&H is requesting the allowance and payment of $4,395.50, in compensation for 17.90 hours of services performed during the period from November 10, 2011 through April 10, 2012.

5.      A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6.      Employment of Bankruptcy Counsel. U&H provided .80 hours of services to the Trustee with a value of $196.00 in connection with the Trustee's motion to employ U&H as his bankruptcy counsel. The services included drafting the motion, the declaration and the proposed order, and attending the hearing on the motion, which was granted on December 1, 2011.

7.      CPFCU's Motion to Modify the Stay. U&H provided .50 hours of services to the Trustee with a value of $132.50 in connection with the motion of the Chicago Patrolmen's Federal Credit Union ("CPFCU" for an order modifying the Automatic Stay to recover possession and foreclose a lien on a vehicle owned by the Debtor. The services included a court appearance for the Trustee at one of the hearings on the CPFCU's motion to modify the stay.

8.      Trustee's Motion to Sell Vehicle. U&H provided 10.90 hours of services to the Trustee with a value of $2,670.50 in connection with the Trustee's motion to sell to the Debtor the bankruptcy estate's right, title, and interest in the Debtor's vehicle. The primary focus of the Trustee's work in this case was related to an alleged failure of CPFCU to perfect its security interest on the Debtor's vehicle. The Debtor, subject to making arrangements for financing, offered to buy the estate's right, title, and interest in the vehicle. The Trustee, subject to Court approval, accepted the offer. The services provided by U&H included drafting the notice, motion, and order for the sale of the vehicle.

CPFCU filed an objection to the Trustee's sale motion and U&H performed research on sale standards, prepared witnesses for the hearing, and attended the hearing on the objection to the sale.

After the Trustee's sale motion was granted, U&H assisted the Trustee in closing the sale including drafting the bill of sale and related closing documents.

9.      Complaint to Determine the Extent of CPFCU's Lien. U&H provided 1.50 hours of services to the Trustee with a value of $367.50 in connection with the Trustee's Complaint to Determine the Extent of CPFCU's lien on the Debtor's vehicle. At the Trustee's direction, U&H did some research and prepared a draft complaint to determine the extent of CPFCU's lien on the Debtor's vehicle. Although the complaint was not filed, it allowed the Trustee to negotiate a settlement with CPFCU related to the sale of the vehicle.

10.      Trustee's Settlement with CPFCU. U&H provided 4.20 hours of services to the Trustee with a value of $1,029.00 in connection with the Trustee's settlement of CPFCU's disputed lien on the Debtor's vehicle. The services included negotiations with counsel for CPFCU and the Debtor, drafting the settlement agreement and notice, motion and order approving the settlement and a court appearance on March 15, 2012 at which time the settlement was approved by the Court.

11.      Summary of Services.  The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | .80 | $196.00 |
| CPFCU's Motion to Modify the Stay | .50 | $132.50 |
| Trustee's Motion to Sell Vehicle | 10.90 | $2,670.50 |
| Complaint to Determine Extent of Lien | 1.50 | $367.50 |
| Trustee's Settlemetn with CPFCU | 4.20 | $1,029.00 |
| **TOTALS** | **17.90** | **$4,395.50** |

12.      Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H in chronological order.  The statement reflects the legal services rendered, the time expended, the value of the services, and a description of the work performed.

13.      The time expended and services rendered by the individual U&H attorneys are summarized as follows:

3

| Attorney | Hours | Hourly Rate | Total |
|----------|-------|-------------|-------|
| Patrick F. Ross | 0.50 | $265.00 | 132.50 |
| David Doyle | 17.40 | $245.00 | 4,263.00 |
| TOTAL | **17.90** | | **$4,395.50** |

14.     Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. These expenses include copying at 10 cents per page ($1.20), postage ($37.38), and long distance telephone ($0.50) for a total amount of $39.08.

15.     Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

16.     At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $4,395.50 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $39.08.

DATE:  February 28, 2013

Respectfully Submitted

UNGARETTI & HARRIS LLP

/s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203; 312-977-4405 (Fax)
rsalsterda@uhlaw.com