# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARRIS, DAVID G | § | Case No. 11-39468 PSH |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/04/2013 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
HARRIS, DAVID G § Case No. 11-39468 PSH
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 10,000.00 |
| and approved disbursements of | $ 1,587.04 |
| leaving a balance on hand of[1] | $ 8,412.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 87.40 | $ 0.00 | $ 87.40 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 4,395.50 | $ 0.00 | $ 4,395.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 39.08 | $ 0.00 | $ 39.08 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,271.98 |
| Remaining Balance | | | $ 2,140.98 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,468.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chicago Patrolmen's Federal Credit Union | $ 10,056.18 | $ 0.00 | $ 519.20 |
| 000002 | Chicago Patrolmen's Federal Credit Union | $ 500.00 | $ 0.00 | $ 25.81 |
| 000003 | Chicago Patrolmen's Federal Credit Union | $ 14,349.29 | $ 0.00 | $ 740.85 |
| 000004 | American Express Bank, FSB | $ 10,111.64 | $ 0.00 | $ 522.06 |
| 000005 | Weiman & Associates | $ 6,450.91 | $ 0.00 | $ 333.06 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,140.98 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA, TRUSTEE
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                       Case No. 11-39468-PSH
David G Harris                                               Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton           Page 1 of 2        Date Rcvd: Mar 11, 2013
                              Form ID: pdf006           Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2013.
db         +David G Harris,    6427 N. Oliphant Ave.,    Chicago, IL 60631-1511
aty         David R Doyle,    Ungaretti & Harris LLP,    3500 Three First National Plaza,   Chicago, IL 60602
aty         Ungaretti & Harris,    Ungaretti & Harris,   3500 Three First National Plaza,   Chicago, IL 60602
17854634    American Express,    P.O. Box 981540,   El Paso,,    TX 79998-1540
18293128    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17854632   +Bank of America,    C/O Pierce & Associates, P.C.,    1 North Dearborn, Suite 1300,
             Chicago, IL 60602-4321
18022553   +Bank of America,    100 N Troy St,   Charlotte, NC 28255-0001
17923907   +Calumete College of St. Joseph,    2400 New York Ave.,    Whiting, IN 46394-2195
17917893   +Chase,   2901 Kinwest Parkway,    Irving, TX 75063-5815
17854636   +Chicago Patrolmen's Federal Credit Union,    Trunkett & Trunkett, P.C.,   20 N. Wacker Dr. #1431,
             Chicago, IL 60606-2906
17917877   +Greg Rafalo,    7007 W Hayes,   Chicago, IL 60631-1684
17854635   +HSBC/Best Buy,    Attn: Bankruptcy Dept.,   PO Box 5213,    Carol Stream, IL 60197-5213
17854631   +Jennifer Harris,    c/o GWC,   Goldberg Weisman Cairo,    One East Wacker Drive,
             38th & 39th Floor,    Chicago, Illinois 60601-1474
17854633    National City Mortgage,    PNC Mortgage,   P.O. Box 533510,    Atlanta, GA 30353-3510
17854630   +Weiman & Associates,    30 N. La Salle St., Suite 3100,    Chicago, Illinois 60602-2576

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17854629      CREDITOR INFORMATION DISCLOSURE
17917878      Harris & Harris LTD,   Advocate Lutheran,    222 Merchandise Mart Plaza, Ste 1900
17854628      In Re: David G. HarrisCase No.:,    Chapter 7
17854627      NORTHERN DISTRICT OF ILLINOIS
17854626      UNITED STATES BANKRUPTCY COURT
                                                                                TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2013           Signature:   *Joseph Speetjens*

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Mar 11, 2013
                              Form ID: pdf006              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2013 at the address(es) listed below:

```
              Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              David R Doyle    on behalf of Trustee R Scott Alsterda ddoyle@shawfishman.com
              Heather L Blaise    on behalf of Debtor David G Harris heather.blaise@gmail.com
              Kristyn A Klonowski    on behalf of Creditor    Chicago Patrolmen's Federal Credit Union
               kklonowski@trunkettlawpc.com,
               kerry@trunkettlawpc.com;mkeenan@trunkettlawpc.com;lpino@trunkettlawpc.com
              Michael  Weiman    on behalf of Creditor    Weiman & Associates weimanlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@uhlaw.com
                                                                                             TOTAL: 8
```