UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
HARRIS, DAVID G　　　　　　 §　　　Case No. 11-39468
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

　　　3) Total gross receipts of $　　　　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　(see **Exhibit 2**), yielded net receipts of $　　　　from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on   . The case was pending for   months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CHICAGO PATROLMEN'S FEDERAL CREDIT |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | CHICAGO PATROLMEN'S FEDERAL CREDIT | | | | | |
| 000002 | CHICAGO PATROLMEN'S FEDERAL CREDIT | | | | | |
| 000003 | CHICAGO PATROLMEN'S FEDERAL CREDIT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | WEIMAN & ASSOCIATES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-39468 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | HARRIS, DAVID G | | | | Date Filed (f) or Converted (c): | 09/28/11 (f) |
| | | | | | 341(a) Meeting Date: | 10/27/11 |
| For Period Ending: | 05/23/13 | | | | Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 92.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 2,300.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 675.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES | 100.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 6. FIREARMS AND HOBBY EQUIPMENT | 125.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 8. RETIREMENT PLANS | 116,961.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES | 13,300.00 | 10,000.00 | | 10,000.00 | FA |
| 10. OTHER MISCELLANEOUS | 100.00 | 0.00 | | 0.00 | FA |
| 11. OTHER PERSONAL PROPERTY | 3,250.00 | 0.00 | | 0.00 | FA |
| 12. RESIDENCE | 0.00 | 0.00 | | 0.00 | FA |
| 7801 W. Farragut, Chicago, IL 60656 (Debtor no longer has any interest in the property as it was awarded to ex-wife) | | | | | |
| TOTALS (Excluding Unknown Values) | $137,003.00 | $10,000.00 | | $10,000.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 02/28/13    Current Projected Date of Final Report (TFR): 11/30/12

PFORM1    Ver: 17.02d

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-39468 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | HARRIS, DAVID G | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9859 Checking Account |
| Taxpayer ID No: | *******5372 | | |
| For Period Ending: | 05/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 8,446.64 | | 8,446.64 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.21 | 8,441.43 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.38 | 8,436.05 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.20 | 8,430.85 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.37 | 8,425.48 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.52 | 8,412.96 |
| 04/05/13 | 030001 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.00 | 6,662.96 |
| 04/05/13 | 030002 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 87.40 | 6,575.56 |
| 04/05/13 | 030003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,395.50 | 2,180.06 |
| 04/05/13 | 030004 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 39.08 | 2,140.98 |
| 04/05/13 | 030005 | Chicago Patrolmen's Federal Credit Union<br>1407 W. Washington<br>Chicago, IL 60607 | Claim 000001, Payment 5.16299%<br>cc: Trunkett & Trunkett, P.C.<br>20 N. Wacker Dr. #1431<br>Chicago, IL 60606 | 7100-000 | | 519.20 | 1,621.78 |
| 04/05/13 | 030006 | Chicago Patrolmen's Federal Credit Union<br>1407 W. Washington<br>Chicago, IL 60607 | Claim 000002, Payment 5.16200%<br>cc: Trunkett & Trunkett, P.C.<br>20 N. Wacker Dr. #1431<br>Chicago, IL 60606 | 7100-000 | | 25.81 | 1,595.97 |
| 04/05/13 | 030007 | Chicago Patrolmen's Federal Credit Union<br>1407 W. Washington<br>Chicago, IL 60607 | Claim 000003, Payment 5.16297%<br>cc: Trunkett & Trunkett, P.C.<br>20 N. Wacker Dr. #1431<br>Chicago, IL 60606 | 7100-000 | | 740.85 | 855.12 |
| 04/05/13 | 030008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 5.16296% | 7100-000 | | 522.06 | 333.06 |
| 04/05/13 | 030009 | Weiman & Associates<br>30 N. La Salle St., Suite 3100<br>Chicago, Illinois 60602 | Claim 000005, Payment 5.16299% | 7100-000 | | 333.06 | 0.00 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-39468 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | HARRIS, DAVID G | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5752 BofA - Checking Account |
| Taxpayer ID No: | *******5372 | | |
| For Period Ending: | 05/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/12 | 9 | 722 Redemption Funding Disbursement Account 7901 Vine Street, Suite 200 Cincinnati, OH 45216 | Sale of Scheduled Asset | 1129-000 | 10,000.00 | | 10,000.00 |
| 04/09/12 | 003001 | Chicago Patrolmen's Federal Credit Union c/o Kristyn Klonowski Trunkett & Trunkett P.C. 20 N. Wacker Drive, Suite 1434 Chicago, IL 60606 | Settlement of Claims Dkt. No. 92 - Order approving Trustee's Settlement with Chicago Patrolmen's Federal Credit Union Settlement of unperfected lien. | 4220-000 | | 1,500.00 | 8,500.00 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.98 | 8,489.02 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.79 | 8,478.23 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.08 | 8,468.15 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.11 | 8,457.04 |
| 08/31/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 10.40 | 8,446.64 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 8,446.64 | 0.00 |

**Total Of All Accounts** 0.00